**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NEREXIO LUIS SEMPRUN DURAN,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01368-DB** |
| | § | |
| **MARKWAYNE MULLIN**, *in his official* | § | |
| *capacity as Secretary of the Department of* | § | |
| *Homeland Security (DHS), et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On June 4, 2026, the parties filed a "Joint Status Report," ECF No. 8, advising the Court they "have conferred and that, in light of Petitioner having been released from custody, there are no matters remaining to be resolved." Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **5th** day of **June 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**